UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE CASES RE-ASSIGNED                              **ORDER**
TO MAGISTRATE JUDGE ANNE Y. SHIELDS,


-------------------------------------------------------------X

**SHIELDS, Magistrate Judge:**

      Among the cases re-assigned to Magistrate Judge Shields are matters where discovery schedules and/or conference dates have already been set.  The parties are advised that, absent a specific order to the contrary, all previously established discovery deadlines remain in effect.  As to conferences, all in-person conferences will go forward in courtroom 830 of the Federal Courthouse in Central Islip, and all telephone status conferences should be placed to the main chambers number, (631) 712-5710.

      A copy of the undersigned's Individual Rules is attached to this order.  Counsel and/or pro se parties should become familiar with these rules.

      Counsel are directed to inform this Court, by way of an electronically filed joint letter, whether there are any motions pending in this matter. In the event that such motions exist the letter shall set forth the nature of the motion, the date upon which the motion was fully briefed, and whether the motion was referred to, or was otherwise within the jurisdiction of the prior assigned Magistrate Judge.


Dated: April 27, 2015
Central Islip, New York

                                **SO ORDERED:**


                              _s/ Anne Y. Shields_
                              ANNE Y. SHIELDS
                              United States Magistrate Judge