**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW CARLIN, on behalf<br>of plaintiff and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DAVIDSON FINK LLP,<br><br>Defendant. | CLASS ACTION<br><br>2: 13-cv-06062-JS-AYS |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL**
**OF THE CLASS SETTLEMENT**

Plaintiff, Andrew Carlin, on behalf of himself and the class, respectfully requests that at

the Fairness Hearing scheduled for October 22, 2018 at 11:30 a.m. this Court enter an Order

granting Final Approval of the Class Action Settlement.

In Support of this Motion Plaintiff submits the accompanying Final Approval

Memorandum.


EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
By: s/Tiffany N. Hardy
    Tiffany Hardy
    20 South. Clark Street, Suite 1500
    Chicago, IL 60603
    (312) 739-4200
    (312) 419-0379


LAW OFFICE OF KLEINMAN LLC
    Abraham Kleinman
    626 RXR Plaza
    Uniondale, New York 11556
    (516) 522-2621

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, hereby certify that on October 16, 2018, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to all counsel of record.


s/ Tiffany N. Hardy
Tiffany N. Hardy



EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
   20 South. Clark Street, Suite 1500
   Chicago, IL 60603
   (312) 739-4200
   (312) 419-0379